ACCEPTED
03-15-00226-CV
6259893
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/28/2015 3:55:28 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-15-00226-CV

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/28/2015 3:55:28 PM
JEFFREY D. KYLE
Clerk

Texas Health & Human Services Commission,
Appellant,
v.
Linda Puglisi,
Appellee.

On Appeal from Cause No. D-1-GN-14-000381
53rd Judicial District Court of Travis County, Texas
Honorable Judge Gisela D. Triana Presiding.

APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

Appellant, the Texas Health and Human Services Commission ("HHSC"), files this motion requesting this Court to extend the time for filing Appellant's Reply Brief to August 14, 2015.

1.   The current deadline for Appellant's Reply Brief is August 3, 2015.

2.   Appellant is seeking to extend of the deadline to August 14, 2015.

3.   This is the first extension requested by Appellant.

4.   After returning from a week long Boy Scout summer camp event on July 12, 2015, Counsel for Appellant received Appellee's Reply Brief on July 13, 2015.   A relative in Counsel for Appellant's immediate family passed away

on July 13, 2015 and was laid to rest on July 18, 2015.

5. Also, Counsel for Appellant had a deposition scheduled for July 28, 2015 in Cause No. D-1-GN-15-001219, LMV-AL Ventures, LLC v. Texas Department of Aging and Disability Services, et al., 98th Judicial District Court, Travis County, Texas, preparation for which requires considerable time and resources. However, the deposition is being rescheduled for the following week due to late developments in the case related to discovery.

6. This extension is not being sought for purposes of delay, but rather to provide undersigned counsel the time to fully respond to Appellee's Reply Brief. Counsel for Appellee is unopposed to this motion to extend.

## CONCLUSION AND PRAYER

For the foregoing reasons, Appellant respectfully requests that this Motion be granted and that it be given until August 14, 2015 to file its brief in this case, and such other and further relief to which Appellant may be entitled.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Litigation

2

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Eugene A. Clayborn*
EUGENE A. CLAYBORN
State Bar No.: 00785767
Assistant Attorney General
Deputy Chief, Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Telephone:   (512) 475-3204
Facsimile:    (512) 320-0167
eugene.clayborn@texasattorneygeneral.gov

*Attorneys for Texas Health & Human Services Commission*

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Appellant conferred with Counsel for Appellee on July 24, 2015 and was advised that she is unopposed to this motion.

Dated: July 28, 2015

*/s/ Eugene A. Clayborn*
EUGENE A. CLAYBORN
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this the 28th day of July, 2015 on the following:

Maureen O'Connell                                      Via: *Electronic Service*
State Bar No.: 00795949
SOUTHERN DISABILITY LAW CENTER
1307 Payne Avenue
Austin, Texas 78757
moconnell458@gmail.com
***Attorneys for Appellee***

*/s/ Eugene A. Clayborn*
EUGENE A. CLAYBORN
Assistant Attorney General